# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BOLLINGER** | ) ) ) |
| Plaintiff, | ) ) **Civil Action No. 2:22-cv-01576-NIQA** |
| v. | ) ) |
| **JD PALATINE LLC** | ) ) |
| Defendant. | ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 3rd day of August, 2023, by and between Plaintiff, James Bollinger and Defendant JD Palatine LLC that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice, with each party to bear their or its own attorney's fees, costs and expenses incurred.

**FRANCIS MAILMAN SOUMILAS, P.C.**

/s/ *Siobhán McGreal*
Siobhán McGreal
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: 215-735-8600
smcgreal@consumerlawfirm.com

*Attorneys for Plaintiff*

**GORDON & REES SCULLY MANSUKHANI**

/s/ *Lawrence Bartel, III*
Lawrence Bartel, III
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: 215-717-4022
Lbartel@grsm.com

*Attorneys for Defendant
JD Palatine LLC*

APPROVED BY THE COURT:

DATE: _____

_____
NITZA I QUINONES ALEJANDRO, U.S.D.C.J.